# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| XP ENTERTAINMENT, LLC | ) | Case No. 09-30699 MER |
| | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| JEFFREY L. HILL | ) | Adversary No.11-1639 MER |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| ROCKY MOUNTAIN HOSPITAL AND | ) | |
| MEDICAL SERVICE, INC. d/b/a ANTHEM | ) | |
| BLUE CROSS AND BLUE SHIELD, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DIRECTING CLERK TO REFER MOTION FOR WITHDRAWAL OF THE REFERENCE TO THE DISTRICT COURT

THIS MATTER comes before the Court on the Motion for Withdrawal of the Reference filed on 10/21/2011 and the relevant responses and replies thereto, if any. Accordingly it is

**ORDERED THAT** pursuant to D.C.COLO.LR.CIV.84.1, the Clerk of the Bankruptcy Court shall transmit herewith the Motion for Withdrawal of Reference and any relevant documents to the U.S. District Court for further action.

Dated: November 23, 2011                    BY THE COURT:

*Michael E. Romero*
Michael E. Romero
U.S. Bankruptcy Judge