**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>XP ENTERTAINMENT, LLC<br>EIN: 04-3639786<br><br>            Debtor.<br>_____<br><br>JEFFREY L. HILL, Chapter 7 Trustee,<br><br>            Plaintiff,<br><br>v.<br><br>ROCKY MOUNTAIN HOSPITAL<br>AND MEDICAL SERVICE, INC. d/b/a<br>ANTHEM BLUE CROSS AND BLUE<br>SHIELD,<br><br>            Defendant. | Case No. 09-30699 MER<br><br>Chapter 7<br><br><br><br><br>Adversary Proceeding No.  11-1639 MER |

**ORDER GRANTING MOTION TO HOLD ADVERSARY**
**PROCEEDING IN ABEYANCE AND VACATE TRIAL**

THIS MATTER having come before the Court on the Motion to Hold Adversary Proceeding in Abeyance, and the Court being duly advised, hereby

ORDERS that the Trustee's Motion is GRANTED.  This matter shall be held in abeyance for a period of 45 days from the date of entry of this Order.  The Trustee shall file a status report or a stipulation of dismissal within 45 days from the date of entry of this Order, failing which this adversary proceeding may be dismissed.

DATED this 29th day of December, 2011

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE