IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.    11-cv-03073-WYD

IN RE: XP Entertainment, LLC
EIN: 04-3639786

JEFFREY L. HILL, Chapter 7 Trustee,

    Plaintiff,

v.

ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC., d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    On February 13, 2012, Plaintiff Jeffrey L. Hill filed a document styled "Notice of Pending Settlement and Motion to Hold Proceeding In Abeyance."  (ECF No. 11).   The Court construes this filing as a motion to extend the time in which to file dismissal documents with the Court.   The motion is **GRANTED.**   The parties shall file dismissal documents, or a joint status report indicating why dismissal documents have not been filed, with the Court not later than **Friday, March 16, 2012.**

    Dated:   February 14, 2012.