IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.    11-cv-03073-WYD

IN RE: XP Entertainment, LLC
EIN: 04-3639786

JEFFREY L. HILL, Chapter 7 Trustee,

    Plaintiff,

v.

ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC., d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD,

    Defendant.

## ORDER

THIS MATTER comes before the Court on the Stipulation of Dismissal (ECF No. 13), filed March 21, 2012.   After carefully reviewing the above-captioned case, I find that the stipulation should be approved and this case should be dismissed without prejudice pursuant to Fed. R. Civ. 41(a).   Accordingly, it is

ORDERED that the Stipulation of Dismissal (ECF No. 13) is **APPROVED**.   In accordance therewith, this matter is **DISMISSED WITHOUT PREJUDICE**, each party to bear its own attorney fees and costs.

Dated: March 22, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE